**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION**

| | |
|---|---|
| IN RE SOURCEFIRE, INC. SHAREHOLDER LITIGATION | Lead Case No. 1:13-cv-02271-JFM (Consolidated with nos. Case No. 1:13-cv-02332-JKB and 1:13-cv-02377-JKB) |
| This Document Relates To: | <u>CLASS ACTION</u> |
| ALL ACTIONS. | NOTICE OF NEW DATE AND TIME FOR SETTLEMENT APPROVAL HEARING |

TO ALL COUNSEL OF RECORD:

The Settlement Approval Hearing for the above referenced cases is now scheduled for Friday, April 18, 2014 at 10:00 a.m.

DATED: January 7, 2014

Respectfully Submitted,

DEHAY & ELLISTON L.L.P.

<u>/s/ Patrick C. Smith</u>
PATRICK C. SMITH (Bar # 02054)
36 South Charles Street, Suite 1300
Baltimore, MD 21201
Telephone: (410) 783-7225
Facsimile: (410) 783-7221

*Co-Liaison Counsel for Plaintiffs and Counsel for Plaintiffs Michael Vukosa and Robert Collier*

ROBBINS ARROYO LLP
BRIAN J. ROBBINS
STEPHEN J. ODDO
EDWARD B. GERARD
JUSTIN D. RIEGER
600 B Street, Suite 1900
San Diego, CA 92101
Telephone: (619) 525-3990
Facsimile: (619) 525-3991

*Co-Lead Counsel for Plaintiffs and Counsel for Plaintiff Michael Vukosa*

FARUQI & FARUQI, LLP
JUAN E. MONTEVERDE
369 Lexington Avenue, 10th Avenue
New York, NY 10017
Telephone: (212) 983-9330
Facsimile: (212) 983-9331

*Co-Lead Counsel for Plaintiffs and Counsel for Plaintiff Robert Collier*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 7th day of January, 2014, a copy of the foregoing **Notice of New Date and Time for Settlement Approval Hearing** was filed electronically this day and is available for viewing from the Court's ECF system. Notice of this filing will be sent to all counsel of record via the Court's ECF system.

*/s/ Patrick C. Smith*
PATRICK C. SMITH