FILED: May 21, 2014

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 14-1482
(1:13-cv-02271-JFM)
(1:13-cv-02332-JFM)
(1:13-cv-02377-JFM)
(1:13-cv-02483-JKB)

_____

ANAND L. DANIELL

       Appellant

v.

MICHAEL VUKOSA, Individually on behalf Himself and All Others Similarly Situated; MICHAEL JOSENHANS, Individually on Behalf of Himself and All Others Similarly Situated; ROBERT COLLIER, Individually on behalf of himself and all others similarly situated; SALLY LEBOW

       Plaintiffs - Appellees

and

SOURCEFIRE, INC.; JOHN C. BECKER; MARTIN F. ROESCH; STEVEN R. POLK; TIM A. GULERI; MICHAEL CRISTINZIANO; ARNOLD L. PUNARO; CHARLES E. PETERS, JR.; KEVIN M. KLAUSMEYER; CISCO SYSTEMS, INCORPORATED; SHASTA ACQUISITION CORP.; ACQUISITION CORP.

       Defendants - Appellees

_____

This case has been opened on appeal.

| | |
|---|---|
| Originating Court | United States District Court for the District of Maryland at Baltimore |
| Originating Case Number | 1:13-cv-02271-JFM<br>1:13-cv-02332-JFM<br>1:13-cv-02377-JFM<br>1:13-cv-02483-JKB |
| Date notice of appeal filed in originating court: | 05/19/2014 |
| Appellant (s) | ANAND L. DANIELL |
| Appellate Case Number | 14-1482 |
| Case Manager | Taline A. Fischer<br>804-916-2704 |