FILED: December 31, 2014

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 14-1482
(1:13-cv-02271-JFM)
(1:13-cv-02332-JFM)
(1:13-cv-02377-JFM)
(1:13-cv-02483-JKB)

_____

ANAND L. DANIELL

   Appellant

v.

MICHAEL VUKOSA, Individually on behalf Himself and All Others Similarly Situated; MICHAEL JOSENHANS, Individually on Behalf of Himself and All Others Similarly Situated; ROBERT COLLIER, Individually on behalf of himself and all others similarly situated; SALLY LEBOW

   Plaintiffs - Appellees

and

SOURCEFIRE, INC.; JOHN C. BECKER; MARTIN F. ROESCH; STEVEN R. POLK; TIM A. GULERI; MICHAEL CRISTINZIANO; ARNOLD L. PUNARO; CHARLES E. PETERS, JR.; KEVIN M. KLAUSMEYER; CISCO SYSTEMS, INCORPORATED; SHASTA ACQUISITION CORP.; ACQUISITION CORP.

   Defendants - Appellees

_____

M A N D A T E

_____

The judgment of this court, entered November 19, 2014, takes effect today.

This constitutes the formal mandate of this court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

*/s/Patricia S. Connor, Clerk*

Appeal: 14-1482     Doc: 30          Filed: 12/31/2014     Pg: 2 of 2